UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**Case Number: 20-60384-CIV-MORENO**

RENZO BARBERI,

      Plaintiff,

vs.

KERALA CORPORATION, a Florida Profit
Corporation d/b/a MOBIL GAS STATION,
and 7-ELEVEN, INC., a Foreign Profit
Corporation,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING CASE FOR LACK OF STANDING

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion for Summary Judgment and the Plaintiff's Renewed Motion for Summary Judgment, which were both filed on **November 13, 2020.** The Magistrate Judge filed a Report and Recommendation **(D.E. 86)** on **December 31, 2020**. The Court has reviewed the entire file and record. The Court notes that, to date, no objections to the Report and Recommendation have been filed and the time to do so has passed. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Jared M. Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Defendants' Motion for Summary Judgment is GRANTED.
2. Plaintiff's Motion for Summary Judgment is DENIED.

3. This case is DISMISSED without prejudice for lack of standing.

4. All other pending motions are DENIED AS MOOT, and the Clerk is instructed to close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of January 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jared M. Strauss

Counsel of Record